387 A.2d 124

Swartzlander, Appellant, et ux. v. Bowersox.

Swartzlander et ux. v. Bowersox, Appellant.

Argued December 6, 1977. John P. Campana, with him Campana & Campana, for appellant at No. 578, and appellee at No. 673; Carl Rice, with him Rice, Rice and Boop, for appellant at No. 673, and appellee at No. 578.

Order affirmed.